**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

UNITED STATES OF AMERICA,            :
                                     :
                                     :
v.                                   :
                                     :      Case No. 1:07-cr-13 (WLS)
BRUCE BROWN,                         :
                                     :
        Defendant.                   :
_____ :

### ORDER

Before the Court is Defendant Bruce Brown's Motion for Permission to Appeal In Forma Pauperis. (Doc. 89.)   In his motion, Brown also asks the Court to appoint appellate counsel. (*Id.* at 5.) The record, however, reflects Brown retained private counsel. This Court does not accept *pro se* filings from defendants who are represented by counsel. *United States v. Johnson*, No. 1:11-cr-12 (M.D. Ga. May 1, 2013) (Sands, J.) ("This Court has a longstanding practice of striking *pro se* filings from defendants who are represented by counsel."); *Harrison v. United States*, No. 1:07-cr-45, 2012 WL 3656432, at *1 (M.D. Ga. Aug. 24, 2012).

Additionally, the Court's local rules provide: "In every criminal case retained defense attorneys shall make fee and other necessary financial arrangements satisfactory to themselves and sufficient to provide for representation of the client until the conclusion of the client's case. For purposes of this rule, a client's case is not concluded until his direct appeal, if any, is finally decided." M.D. Ga. L. Crim. R. 57(d)(1).

Brown's defense counsel has not yet moved to withdraw. As a result, Brown's *pro se* filing is **DENIED** without prejudice. Brown's retained counsel is **ORDERED** to

consult with her client regarding the content of the instant motion and his notice of appeal.

**SO ORDERED,** this  29th  day of August 2013.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS**
**UNITED STATES DISTRICT COURT**